UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AMANDA PERKINS, HEATHER C. HOLST, TERRY J. WILLIAMS, TANYA C. STANDIFER and KARLEY MAYHILL, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED SURGICAL PARTNERS INTERNATIONAL, INC., <br><br> and <br><br> THE RETIREMENT PLAN ADMINISTRATION COMMITTEE OF UNITED SURGICAL PARTNERS INTERNATIONAL, INC., <br><br> Defendants. | Civil Action No. 3:21-CV-00973-X |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF CLASS FOR SETTLEMENT PURPOSES, APPROVAL OF FORM AND MANNER OF SETTLEMENT NOTICE, PRELIMINARY APPROVAL OF PLAN OF ALLOCATION, AND SCHEDULING A DATE FOR A FINAL APPROVAL HEARING**

Plaintiffs, Heather C. Holst, Terry J. Williams, Tanya C. Standifer, and Karley Mayhill, (together, "Plaintiffs"), by and through their attorneys, and on behalf of the United Surgical Partners International, Inc. 401(k) Plan (the "Plan"), respectfully submit this Unopposed Motion for Preliminary Approval of Class Action Settlement (the "Settlement" or "Settlement

1

Agreement") entered into with Defendants,[1] and respectfully move the Court for an Order granting the relief sought. The grounds for this motion are set forth in Plaintiffs and their Counsel's declarations and the memorandum of law in support of this motion, which are submitted herewith.

A Proposed Order is submitted herewith.

Dated: January 3, 2025

Respectfully submitted,

**CAPOZZI ADLER, P.C.**

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh, Esquire
James A. Maro, Esquire
James A. Wells, Esquire
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Email: markg@capozziadler.com
         jamesm@capozziadler.com
         jaywells@capozziadler.com

*Attorneys for Plaintiffs, the Plan and the Proposed Class*

Dan E. Martens, Esquire
**THE LAW OFFICES OF DAN E. MARTENS**
TX State Bar No. 13050500
17101 Preston Road, Suite 160 S
Dallas, TX 75248
Tel.: (972) 335-3888
Fax: (972) 335-5805
Email: dmartens@danielmartens.com

*Local Co-Counsel for Plaintiffs Pursuant to Local Rule 83.01(d)*

---

[1] As defined in the Settlement Agreement submitted herewith.

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2025, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

/s/ *Mark K. Gyandoh*
Mark K. Gyandoh